B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Vasos Inc.**                                                                Case No.

                                                                                                    Chapter     **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Pennsylvania Dept. of Labor & Industry<br>Offices of UC Tax Services<br>651 Boas Street<br>Harrisburg, PA 17121 | | Account balance | | $0.00 |
| PA Department of Revenue<br>Bureau of Individual Taxes<br>P.O. Box 280509<br>Harrisburg, PA 17128-0509 | | Taxes | | $0.00 |
| Office of Unemployment of Compensation<br>Labor & Industry Building<br>P.O. Box 68568<br>Harrisburg, PA 17106-8568 | | Taxes | | $0.00 |
| Internal Revenue Service<br>P.O. Box 8208<br>Philadelphia, PA 19101-8208 | | Account balance | | $0.00 |
| Dionte Wade<br>City of Philadelphia<br>P.O. Box 8040<br>Philadelphia, PA 19105 | | Account balance | | $0.00 |
| City of Philadelphia<br>Law Department/Major Tax Unit<br>1401 John F. Kennedy Boulevard<br>4th Floor<br>Philadelphia, PA 19102 | | Account balance | | $0.00 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Vasos Inc.**                                                                 Case No.

                                                                                        Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| City of Philadelphia Department of Revenue P.O. Box 8040 Philadelphia, PA 19105 | | Account balance | | **$0.00** |
| Bureau of Imaging and Document MGMT. P.O. Box 280407 Harrisburg, PA 17128-0407 | | Taxes | | **$0.00** |
| Bureau of Corporation Taxes P.O. Box 280427 Harrisburg, PA 17128-0427 | | Taxes | | **$0.00** |
| Bureau of Compliance Business Clearance Section Department 280947 Harrisburg, Pa. 17128-0947 | | Taxes | | **$0.00** |
| Bureau of Business Trust Fund Taxes P.O. Box 280904 Harrsiburg, PA 17128-0904 | | Taxes | | **$0.00** |
| Bureau of Business Trust Fund Taxes P.O. Box 280905 Harrsiburg, PA 17128-0905 | | Taxes | | **$0.00** |
| Alliance One 4850 Street Road Suite 300 Trevose, PA 19053 | | Account balance | | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:  **Vasos Inc.**                                                                                     Case No.

                                                                                                           Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date: __**4/16/2015**_____          Signature: __**/s/ Dimitrios Lambritsios**_____
                                                     *Dimitrios Lambritsios*
                                                     **President**